

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

**DAVID CREWS**
CLERK

**July 3, 2008**

911 JACKSON AVENUE, SUITE 369
OXFORD, MS 38655
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 236-5210
www.msnd.uscourts.gov

301 WEST COMMERCE STREET, SUITE 308
POST OFFICE BOX 704
ABERDEEN, MS 39730
TELEPHONE: (662) 369-4952
FACSIMILE: (662) 369-9569

305 MAIN STREET, SUITE 329
GREENVILLE, MS 38701
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 332-4292

SCRUGGS LAW FIRM, P.A., and
RICHARD F. SCRUGGS

v.                                                              Civil Action No.:   3:08-cv-73 - D-A

ZUCKERMAN SPAEDER LLP


    **TAKE NOTICE** that the above styled and captioned cause has been assigned to **Judge Glen H. Davidson**, whose address is P.O. Drawer 767, Aberdeen, MS 39730, and **Magistrate Judge S. Allan Alexander,** whose address is 911 Jackson Avenue, Room 242, Oxford, MS 38655, in accordance with Uniform Local Rule 83.2.

    For further information as to filing procedures, please review our Local Rules and Administrative Procedures for Electronic Case Filing at **msnd.uscourts.gov** or call the appropriate division of the Clerk's Office.


                                                      DAVID CREWS, CLERK


                               By:    */s/ Renee' Moore*
                                         Deputy Clerk


Pursuant to Uniform Local Rule 73.1, Form AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference-Exercise of Jurisdiction by a United States Magistrate Judge is available at www.msnd.uscourts.gov.