# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**SCRUGGS LAW FIRM, P.A.**
**AND RICHARD F. SCRUGGS**                                                    **PLAINTIFFS**

**V.**                                                               **3:08CV73–D–A**

**ZUCKERMAN SPAEDER LLP**                                                     **DEFENDANT**

## ENTRY OF APPEARANCE

Please take notice that John G. Wheeler, Esq. of the firm of Mitchell, McNutt & Sams, P.A., 105 South Front Street, Post Office Box 7120, Tupelo, Mississippi 38802-7120, enters his appearance as counsel to represent the interests of Zuckerman Spaeder LLP in the above referenced matter.

The undersigned requests that his name be placed on the mailing matrix and that all motions, notices, pleadings and discovery documents in this matter be served on him as attorney of record for said defendant/counterplaintiff.

This, the 15th day of July, 2008.

                                          RESPECTFULLY SUBMITTED,

                                          ZUCKERMAN SPAEDER LLP,
                                          Defendant/Counterplaintiff

                                          By: /s/ John G. Wheeler
                                              JOHN G. WHEELER
                                              Mississippi Bar No. 8622

OF COUNSEL:

799798

MITCHELL, MCNUTT & SAMS, P.A.
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
662-842-3871

## **CERTIFICATE OF SERVICE**

I, John G. Wheeler, attorney for the defendant/counterplaintiff, Zuckerman Spaeder LLP, do hereby certify that I have this day electronically served a true and correct copy of the above and foregoing ENTRY OF APPEARANCE on counsel of record as follows:

> J. Cal Mayo, Jr., Esq.
> Pope S. Mallette, Esq.
> Mayo Mallette, PLLC
> 2094 Old Taylor Road
> 5 University Park
> Post Office Box 1456
> Oxford, Mississippi 38655

DATED, this the 15th day of July, 2008.

                                          /s/ John G. Wheeler
                                          JOHN G. WHEELER