## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**SCRUGGS LAW FIRM, P.A., AND**
**RICHARD F. SCRUGGS**                                                      **PLAINTIFFS**

**V.**                                                   **CIVIL ACTION NO. 3:08CV73–D–A**

**ZUCKERMAN SPAEDER LLP**                                                    **DEFENDANTS**

### NOTICE OF SERVICE OF INITIAL DISCOVERY DISCLOSURES

TO:   COUNSEL OF RECORD

Notice is hereby given, pursuant to local court rule, that Zuckerman Spaeder LLP, by and through counsel, has this date served in the above-entitled action its Initial Discovery Disclosures. The undersigned counsel of record retains the original of this discovery document as custodian thereof pursuant to local court rule.

DATED:   July 15, 2008.

                                       RESPECTFULLY SUBMITTED,

                                       ZUCKERMAN SPAEDER LLP,
                                       Defendant/Counterplaintiff

                                       By:   /s/ John G. Wheeler
                                             John G. Wheeler
                                             Mississippi Bar No. 8622

OF COUNSEL:

MITCHELL, MCNUTT & SAMS, P.A.
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
662-842-3871

799696

## **CERTIFICATE OF SERVICE**

I, John G. Wheeler, attorney for the defendant/counterplaintiff, Zuckerman Spaeder LLP, do hereby certify that I have this day electronically served a true and correct copy of the above and foregoing NOTICE OF SERVICE OF INITIAL DISCOVERY DISCLOSURES on counsel for the plaintiff/counterdefendant as follows:

>J. Cal Mayo, Jr., Esq.
>Pope S. Mallette, Esq.
>Mayo Mallette, PLLC
>2094 Old Taylor Road
>5 University Office Park
>Post Office Box 1456
>Oxford, Mississippi  38655

DATED, this the 15th day of July, 2008.

>__/s/ John G. Wheeler_____
>JOHN G. WHEELER