IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SCRUGGS LAW FIRM, P.A., AND**
**RICHARD F. SCRUGGS**                                          **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO. 3:08CV73–D–A**

**ZUCKERMAN SPAEDER LLP**                                       **DEFENDANTS**

### NOTICE OF VIDEO DEPOSITION OF RICHARD F. SCRUGGS

**TO: COUNSEL OF RECORD**

Please take notice that Zuckerman Spaeder LLP will take the deposition of Richard F. Scruggs beginning at 1:30 p.m. on July 28, 2008, in the offices of Mayo Mallette PLLC, 2094 Old Taylor Road, 5 University Park, Oxford, Mississippi, before a Notary Public and videographer pursuant to Rule 30 of the Federal Rules of Civil Procedure.

THIS, the 16th day of July, 2008.

                                        RESPECTFULLY SUBMITTED,

                                        ZUCKERMAN SPAEDER LLP,
                                        Defendant/Counterplaintiff

                                        By: /s/ John G. Wheeler
                                            John G. Wheeler
                                            Mississippi Bar No. 8622

799900

OF COUNSEL:

MITCHELL, MCNUTT & SAMS, P.A.
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
662-842-3871

## **CERTIFICATE OF SERVICE**

I, John G. Wheeler, attorney for the defendant/ counterplaintiff, Zuckerman Spaeder LLP, do hereby certify that I have this day electronically served a true and correct copy of the above and foregoing NOTICE OF VIDEO DEPOSITION on counsel of record as follows:

> J. Cal Mayo, Jr., Esq.
> Pope S. Mallette, Esq.
> Mayo Mallette, PLLC
> 2094 Old Taylor Road
> 5 University Office Park
> Post Office Box 1456
> Oxford, Mississippi 38655

DATED, this the 16th day of July, 2008.

                                                __/s/ John G. Wheeler____
                                                JOHN G. WHEELER